

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-20-2007

# In Re: Exxon Mobil

Precedential or Non-Precedential: Precedential

Docket No. 05-4571

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In Re: Exxon Mobil " (2007). *2007 Decisions.* Paper 329.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/329

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No.  05-4571

_____

IN RE: EXXON MOBIL CORP. SECURITIES LITIGATION

Ohio Public Employees Retirement Fund,
State Teachers Retirement Fund of Ohio
and Antonio N. Martins,*

Appellants

*Pursuant to Rule 12(a), F.R.A.P.

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 04-cv-01257)
District Judge: Honorable Freda L. Wolfson

_____

Argued January 8, 2007

Before: McKEE, AMBRO, and FISHER, <u>Circuit Judges</u>

(Opinion filed August 27, 2007)

**<u>ORDER  AMENDING  PRECEDENTIAL  OPINION</u>**

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the Precedential Opinion in the above case filed August 27, 2007, be amended as follows:

Within the caption of the Opinion, replace counsel's address to read:

Gregory S. Coleman, Esquire (Argued)
Marc S. Tabolsky, Esquire
Yetter & Warden, L.L.P.
221 West 6th Street, Suite 750
Austin, TX 78701


By the Court,


<u>/s/ Thomas L. Ambro, Circuit Judge</u>

Dated: September 20, 2007